# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** <br><br> Gregory J. Lindeman <br><br><br> Debtor(s) | Case No.: 09 B 31573 <br><br> Chapter: 13 <br><br> Judge John H. Squires |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604
Gregory J. Lindeman, Debtor(s), 1133 W. Farwell #2, Chicago, IL 60626
Jonathan N. Rogers, Attorney for Debtor(s), 2550 W. Golf Rd. Suite 250, Rolling Meadows, IL 60008

     You are hereby notified that CHASE HOME FINANCE, LLC has made post-petition advances of $50.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

     You are hereby notified that debtor(s) is(are) due to CHASE HOME FINANCE, LLC for the contractual mortgage payment due 10/01/09. Debtor owes a total of $7,791.57 for the 10/01/09 through 12/02/09 post-petition mortgage payments, with the 01/01/10 coming due. The current mortgage payment amount due each month is $2,597.19. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement does not apply and any outstanding pre-petition amounts also remain due.

     Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 02/05/10, CHASE HOME FINANCE, LLC's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

     The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on January 6, 2010.

                                                                                /s/ Gloria Tsotsos
                                                                                Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527

(630) 794-5300
**C&A FILE (14-09-30121)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Case 09-31573    Doc 22    Filed 01/06/10    Entered 01/06/10 14:30:26    Desc Main
Document    Page 2 of 2